Document    Page 1 of 3

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *    CHAPTER 13
MICHAEL WOODS                       *    BANKRUPTCY NO. 18-17712
                                    *
              Debtor                *
```

**ORDER**

AND NOW, this      day of              , 201 , upon consideration of ACAR Leasing d/b/a GM Financial Leasing's Motion for Relief from the Automatic Stay and Debtors' answer thereto, and after hearing, it is hereby ORDERED and DECREED that;

The Motion of ACAR Leasing d/b/a GM Financial Leasing for Relief From The Automatic Stay Under Section 362 is DENIED.

BY THE COURT:

_____
J.

Kenneth G. Harrison, Esquire
Fine Neshaminy Interplex  Suite 115
Trevose, PA 19053

William C. Miller, Esquire (Trustee)
P.O. Box 40119
Philadelphia, PA 19106

William E. Craig, Esquire
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown, NJ 08057

UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
IN RE:                              *    CHAPTER 13
MICHAEL WOODS                       *    BANKRUPTCY NO. 18-17712
                                    *
              Debtor                *
```

**<u>DEBTOR'S ANSWER TO THE MOTION
FOR RELIEF FROM THE AUTOMATIC STAY</u>**

Debtors, Michael Woods, by and through his attorney, Kenneth G. Harrison, Esquire, respectfully represents as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. The October 27, 2018 payment is a pre-petition debt and Movant has filed a proof of claim in the amount of $531.11. In addition, Debtor has made post-petition payments in the amount of $1,500.00.

5. Denied as a conclusion of law upon which no responsive pleading is required.

DEFENSES

1. Movant has been afforded adequate protection of its interest.

2. Movant has not shown the irreparable harm necessary to justify lifting of the automatic stay with respect to its foreclosure.

3. If movant is entitled to relief from the stay, the stay should not be terminated and the Court should grant less drastic relief by conditioning or modifying the stay.

WHEREFORE, Debtor, Michael Woods, respectfully requests that this Honorable Court deny Movant's Motion for Relief From the Automatic Stay.

Respectfully submitted,

s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053