UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *     CHAPTER 13
MICHAEL WOODS                       *     BANKRUPTCY NO. 18-17712
        Debtor
```

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on February 13, 2019, I mailed to all interested parties a copy of the Objection to Proof of Claim #6, Notice of Objection to Claim and Hearing and proposed order, by United States First Class Postage Pre-Paid mail.  A list of all interested parties is attached hereto and made a part hereof.

```
Kevin G. McDonald, Esquire    Carrington Mortgage Services, LLC
KML Law Group                 1600 South Douglas Road
701 Market Street             Anaheim, CA 92806
Suite 5000
Philadelphia, PA 19106
```

  /s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149