UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MICHAEL WOODS | * | BANKRUPTCY NO. 18-17712 |
| Debtor | | |

### CERTIFICATE OF SERVICE

    I, Kenneth G. Harrison, Esquire, do hereby certify that on May 1, 2019 I mailed to all interested parties a copy of the Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

    /s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Ashley Funding Services, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Carrington Mortgage Services
1800 South Douglas Road
Anaheim, CA 92806


Cavalry SPV I
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Portfolio Recovery Associates
120 Corporate Blvd
Norfolk, VA 23502


Wells Fargo Auto
P.O. Box 13000
Raleigh, NC 27605