IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MICHAEL WOODS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| ACAR LEASING LTD ) | CASE NO. 18-17712 (ELF) |
| d/b/a GM FINANCIAL LEASING ) | |
| **Moving Party** ) | HEARING DATE: **2-5-19 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| MICHAEL WOODS ) | |
| ALLYSON WOODS ) | 11 U.S.C. 1301 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about July 1, 2019 in the above matter (Doc. # 41) is **APPROVED**.

Dated: 7/3/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**