United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Woods
      Debtor

Case No. 18-17712-elf
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Lisa | Page 1 of 1 | Date Rcvd: Jul 05, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2019.
db        +Michael Woods,   997 Jeffrey Lane,   Langhorne, PA 19047-3724
cr        +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2019 at the address(es) listed below:
        KENNETH G. HARRISON   on behalf of Debtor Michael  Woods kghesq@juno.com
        KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
        York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
        ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MICHAEL WOODS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| ACAR LEASING LTD ) | CASE NO. 18-17712 (ELF) |
| d/b/a GM FINANCIAL LEASING ) | |
| **Moving Party** ) | HEARING DATE: **2-5-19 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| MICHAEL WOODS ) | |
| ALLYSON WOODS ) | 11 U.S.C. 1301 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about July 1, 2019 in the above matter (Doc. # 41) is **APPROVED**.

Dated: 7/3/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**