UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *    CHAPTER 13
MICHAEL WOODS                       *    BANKRUPTCY NO. 18-17712
                                    *
               Debtor               *
```

**ORDER**

AND NOW, this     day of            , 201 , upon consideration of The Bank Of New York Mellon's Motion for Relief from the Automatic Stay and Debtors' answer thereto, and after hearing, it is hereby ORDERED and DECREED that;

The Motion of The Bank of New York Mellon for Relief From The Automatic Stay Under Section 362 is DENIED.

BY THE COURT:

_____
                                                       J.


Kenneth G. Harrison, Esquire
Fine Neshaminy Interplex  Suite 115
Trevose, PA 19053

William C. Miller, Esquire (Trustee)
P.O. Box 40119
Philadelphia, PA 19106

Kevin G. McDonald, Esquire
KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MICHAEL WOODS | * | BANKRUPTCY NO. 18-17712 |
| | * | |
| Debtor | * | |

**DEBTORS' ANSWER TO THE MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Debtor, Michael Woods, by and through his attorney, Kenneth G. Harrison, Esquire, respectfully represents as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. No mortgage foreclosure proceedings were filed prior to the filing of this bankruptcy petition. Debtor has no knowledge of Movant's future actions in this matter.

7. Denied. Debtor have made the July and August payment.

8. Denied. Debtors have no knowledge of the amount to reinstate, if any.

9. Denied. Debtor owes only the current month payment plus $50.00.

10. Denied as a conclusion of law upon which no responsive pleading is required.

11. Denied as a conclusion of law upon which no responsive pleading is required.

12. Denied as a conclusion of law upon which no responsive

pleading is required.

## DEFENSES

1. The Debtor has substantial equity in their property and movant has been afforded adequate protection of its interest.

2. Movant has not shown the irreparable harm necessary to justify lifting of the automatic stay with respect to its foreclosure.

3. If movant is entitled to relief from the stay, the stay should not be terminated and the Court should grant less drastic relief by conditioning or modifying the stay.

WHEREFORE, Debtor, Michael Woods, respectfully requests that this Honorable Court deny Movant's Motion for Relief From the Automatic Stay.

Respectfully submitted,

s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053