# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Woods<br>    Debtor<br><br>THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12, its successors and/or assigns<br>    Movant<br> vs.<br><br>Michael Woods<br>    Debtor<br>Allyson Woods<br>    Co-Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 18-17712 ELF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12, which was filed with the Court on or about **September 30, 2019 (Document No. 51).**

       Respectfully submitted,

       **/s/ Kevin G. McDonald, Esquire**
       Kevin G. McDonald, Esquire
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

November 6, 2019