**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 18-17712-ELF

MICHAEL WOODS

997 JEFFREY LANE

LANGHORNE, PA 19047

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL WOODS

997 JEFFREY LANE

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

           /S/ William C. Miller

Date: 8/4/2020            _____

           William C. Miller, Esquire
           Chapter 13 Standing Trustee