# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-17712-ELF

MICHAEL  WOODS

997 JEFFREY LANE

LANGHORNE, PA 19047

        Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL  WOODS

997 JEFFREY LANE

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

                               /S/ Kenneth E. West

Date: 11/16/2021
                               _____

                               Kenneth E. West, Esquire
                               Chapter 13 Standing Trustee